# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

160578

WESLEY ZOO YANG and VIENGKHAM
MOUALOR,
      Plaintiffs-Appellees,
v

EVEREST NATIONAL INSURANCE
COMPANY,
      Defendant-Appellant,
and

MOTORIST MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.
_____/

SC: 160578
COA: 344987
Wayne CC: 17-018062-NF

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the August 27, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether an insurer may cancel an insurance policy in compliance with MCL 500.3020(1)(b) by mailing a written notice of cancellation to the insured before the grounds for cancellation have occurred; and (2) whether the appellant's written notice of cancellation complied with the provision in the insurance policy that requires "at least 10 days notice by first class mail, if cancellation is for non-payment of premium." In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file supplemental briefs within 21 days of being served with the appellant's brief. The appellees shall also electronically file appendices, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the latter of the appellees' briefs. The parties should not submit mere restatements of their application papers.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

a0520